# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ALLEN HULSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  3:20-cv-00954-KOB-SGC |
| ) | |
| FRANKLIN COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on June 24, 2021, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b).  (Doc. 8).  Although the magistrate judge advised the plaintiff of his right to file specific written objections within 14 days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation.  Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 17th day of August, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE